**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Kevin Mansfield & Marie Mansfield |
| Debtor 2 (Spouse, if filing) | Marie Mansfield |
| United States Bankruptcy Court for the: | District of Massachusetts |
| Case number | 15-41644-CJP |

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

---

**Part 1:    Mortgage Information**

**Name of creditor:**   U.S. Bank Trust, N.A.

**Court claim no.** (if known):
8-1

**Last 4 digits** of any number you use to identify the debtor's account:   7  5  4  6

**Property address:**   45 Hillside Road
Number    Street

Tewksbury, MA 01876
City                    State      ZIP Code

---

**Part 2:    Prepetition Default Payments**

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

---

**Part 3:    Postpetition Mortgage Payment**

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   The next postpetition payment from the debtor(s) is due on: _____
   MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   Creditor asserts that the total amount remaining unpaid as of the date of this response is:

   a.  Total postpetition ongoing payments due:                                                                          (a)  $ 29,208.04
       5 payments 12/01/19-04/01/20 @ $2,388.20 and 8 payments 05/10/20-12/01/20 @ $2,158.38

   b.  Total fees, charges, expenses, escrow, and costs outstanding:                                          +  (b)  $ -6,823.64
       Escrow balance of $9,245.90 minus required minimum balance of $1,329.26; Post-petition fees of $1,093.00 incurred on or after 06/14/20

   c.  **Total.** Add lines a and b.                                                                                             (c)  $ 22,384.40

   Creditor asserts that the debtor(s) are contractually
   obligated for the postpetition payment(s) that first became          12/01/2019
   due on:                                                                                    MM / DD / YYYY

---

| Debtor 1 | Kevin Mansfield & Marie Mansfield | Case number *(if known)* | 15-41644-CJP |
|---|---|---|---|
| | First Name      Middle Name      Last Name | | |

## Part 4:   Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ▪ all payments received;
- ▪ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ▪ all amounts the creditor contends remain unpaid.

## Part 5:   Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | ✖ /s/ Derek A. Castello | Date | 12/11/2020 |
|---|---|---|---|
| | Signature | | |

| Print | Derek A. Castello, Esq. (BBO#690007) | Title | Attorney |
|---|---|---|---|
| | First Name      Middle Name      Last Name | | |

| Company | Demerle Hoeger LLP |
|---|---|

If different from the notice address listed on the proof of claim to which this response applies:

| Address | 10 City Square, 4th Floor |
|---|---|
| | Number      Street |
| | Boston      MA      02129 |
| | City      State      Z P Code |

| Contact phone | (617) 337-4444 | Email | Bankruptcy@DHNewEngland.com |
|---|---|---|---|



BSI Financial Services

**Loan Information**

| | |
|---|---|
| Loan # | |
| Borrower | Mansfield |
| BK Case # | 15-41644 |
| Date Filed | 8/27/2015 |
| First Post Petition Due Date | |
| Due Date | 9/1/2015 |
| POC Covers | POC filed by the debtor |

**Payment Charges**

| Date | P&I | Escrow | Total | Notice Filed |
|---|---|---|---|---|
| 9/1/2015 | $1,493.75 | $650.85 | $2,144.60 | Filed w/POC |
| 8/1/2016 | $1,493.75 | $495.57 | $1,989.32 | 7/6/2016 |
| 3/1/2017 | $1,493.75 | $894.45 | $2,388.20 | 2/7/2019 |
| 5/1/2020 | $1,493.75 | $664.63 | $2,158.38 | 4/7/2020 |
| | | | $0.00 | |
| | | | $0.00 | |

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/4/2015 | $2,144.60 | suspense | 11/1/2014 | $2,144.60 | -$2,144.60 | $2,144.60 | | $2,144.60 | | | $0.00 | $0.00 | |
| 9/8/2015 | $2,144.60 | 9/1/2015 | | | | | $2,144.60 | $0.00 | | | $0.00 | $0.00 | |
| 10/2/2015 | $2,144.60 | suspense | 10/1/2015 | $2,144.60 | -$2,144.60 | $2,144.60 | | $2,144.60 | | | $0.00 | $0.00 | |
| 10/9/2015 | $2,144.60 | 10/1/2015 | 12/1/2014 | $2,144.60 | -$2,144.60 | $2,144.60 | | $4,289.20 | | | $0.00 | $0.00 | |
| 11/16/2015 | $2,144.60 | suspense | 11/1/2015 | $2,144.60 | -$2,144.60 | $2,144.60 | | $4,289.20 | | | $0.00 | $0.00 | |
| 11/17/2015 | $2,144.60 | 11/1/2015 | 1/1/2015 | $2,144.60 | -$2,144.60 | $2,144.60 | | $0.00 | | | $0.00 | $0.00 | |
| 12/21/2015 | $2,144.60 | suspense | | $2,144.60 | -$2,144.60 | $2,144.60 | | $2,144.60 | | | $0.00 | $0.00 | |
| 1/28/2016 | $2,144.60 | suspense | 2/1/2015 | $2,144.60 | -$2,144.60 | $2,144.60 | | $4,289.20 | | | $0.00 | $0.00 | |
| 1/31/2016 | | Trustee pre payment | | | $0.00 | | $2,144.60 | $4,289.20 | | | $0.00 | $0.00 | |
| 2/29/2016 | $2,144.60 | suspense | 12/1/2015 | $2,144.60 | -$2,144.60 | $2,144.60 | | $4,289.20 | | | $0.00 | $0.00 | |
| 3/14/2016 | $2,144.60 | Trustee pre payment | 1/1/2016 | $0.00 | -$2,144.60 | $2,144.60 | | $4,289.20 | | | $2,429.90 | $2,429.90 | |
| 3/15/2016 | | suspense | 1/1/2016 | $2,144.60 | | | $2,144.60 | $2,144.60 | $2,429.90 | | $2,429.90 | $2,429.90 | |
| 3/31/2016 | $2,144.60 | suspense | 2/1/2016 | $2,144.60 | -$2,144.60 | $2,144.60 | | $4,289.20 | | | $2,429.90 | $2,429.90 | |
| 4/1/2016 | | 2/1/2016 | | $0.00 | $0.00 | | | $4,289.20 | | $2,144.60 | $285.30 | $2,915.88 | |
| 4/1/2016 | | PRE payment applied | 4/1/2015 | $0.00 | $0.00 | | | $2,144.60 | $485.98 | | $771.28 | $2,915.88 | |
| 4/29/2016 | $2,144.60 | Trustee pre payment | | $2,144.60 | -$2,144.60 | $2,144.60 | | $4,289.20 | | | $771.28 | $3,401.86 | |
| 5/11/2016 | $2,144.60 | Trustee pre payment | | $0.00 | $0.00 | $2,144.60 | | $6,433.80 | $485.98 | | $1,257.26 | $3,401.86 | |
| 5/31/2016 | | suspense | 5/1/2015 | $2,144.60 | -$2,144.60 | | $2,144.60 | $4,289.20 | | | $1,257.26 | $3,401.86 | |
| 5/31/2016 | $2,144.60 | 3/1/2016 | | $0.00 | $0.00 | $2,144.60 | | $4,289.20 | $485.98 | | $1,257.26 | $3,401.86 | |
| 6/8/2016 | | 4/1/2016 | | $0.00 | $0.00 | | $2,144.60 | $2,144.60 | | | $1,257.26 | $3,887.84 | |
| 6/9/2016 | $2,144.60 | Trustee pre payment | 6/1/2015 | $0.00 | $2,144.60 | | $2,144.60 | $0.00 | | | $1,743.24 | $3,887.84 | |
| 6/30/2016 | $2,144.60 | 5/1/2016 | 7/1/2015 | $2,144.60 | $155.28 | $155.28 | | $155.28 | $485.98 | | $1,743.24 | $3,887.84 | |
| 7/31/2016 | $2,144.60 | 7/1/2016 | 8/1/2015 | $1,989.32 | $0.00 | | | $155.28 | | | $1,743.24 | $3,887.84 | |
| 8/1/2016 | | Trustee pre payment | | $0.00 | $0.00 | | | $155.28 | | | $2,205.51 | $4,350.11 | |
| 8/31/2016 | $2,144.60 | 8/1/2016 | | $2,144.60 | -$2,144.60 | $2,144.60 | | $2,299.88 | $462.27 | | $2,205.51 | $4,350.11 | |
| 9/7/2016 | | Trustee pre payment | | $0.00 | $0.00 | | $2,144.60 | $2,299.88 | | | $2,205.51 | $4,900.98 | |
| 9/8/2016 | $2,144.60 | NSF reversal of F8/31/16 payment | 9/1/2015 | $2,144.60 | -$2,144.60 | $2,144.60 | | $155.28 | $550.87 | | $2,756.38 | $4,900.98 | |
| 9/30/2016 | | Trustee pre payment | | $0.00 | $0.00 | | $2,144.60 | $2,299.88 | | | $2,756.38 | $4,900.98 | |
| 10/7/2016 | $2,144.60 | NSF reversal of 9/30/16 payment | | $2,144.60 | -$2,144.60 | $2,144.60 | | $155.28 | | | $2,756.38 | $4,900.98 | |
| 10/12/2016 | | Trustee pre payment | | $0.00 | $0.00 | | | $155.28 | | | $2,756.38 | $4,900.98 | |
| 10/13/2016 | | PRE payment applied | | $0.00 | $0.00 | | | $155.28 | $550.87 | $2,058.45 | $1,248.80 | $5,451.85 | |
| 10/31/2016 | $2,144.60 | PRE payment applied | 9/1/2015 | $2,144.60 | -$2,144.60 | $2,144.60 | | $2,299.88 | | | $1,248.80 | $5,451.85 | |
| 11/7/2016 | | NSF reversal of 10/31/16 payment | | $0.00 | $0.00 | | $2,144.60 | $2,299.88 | | | $1,248.80 | $5,451.85 | |
| 11/9/2016 | $2,144.60 | Trustee pre payment | | $0.00 | $0.00 | $2,144.60 | | $155.28 | $608.93 | | $1,857.73 | $6,060.78 | |
| 11/30/2016 | | Trustee pre payment | | $0.00 | $0.00 | | | $2,299.88 | | | $1,857.73 | $6,060.78 | |
| 12/7/2016 | $2,144.60 | NSF reversal of 11/30/16 payment | | $2,144.60 | -$2,144.60 | $2,144.60 | | $155.28 | | | $1,857.73 | $6,060.78 | |
| 12/8/2016 | | Trustee pre payment | | $0.00 | $0.00 | | | $155.28 | | | $2,466.66 | $6,669.71 | |
| 12/29/2016 | $2,144.60 | Trustee pre payment | | $2,144.60 | -$2,144.60 | $2,144.60 | | $2,299.88 | $608.93 | | $2,466.66 | $6,669.71 | |
| 1/5/2017 | | NSF reversal of 12/29/16 payment | | $0.00 | $0.00 | | $2,144.60 | $155.28 | | | $2,466.66 | $6,669.71 | |
| 1/13/2017 | $1,989.32 | Trustee pre payment | | $0.00 | -$1,989.32 | $1,989.32 | | $2,144.60 | | | $3,075.59 | $7,278.64 | |
| 1/26/2017 | | Trustee pre payment | | $0.00 | $0.00 | | | $155.28 | $608.93 | | $3,075.59 | $7,278.64 | |
| 2/8/2017 | | Trustee pre payment | 10/1/2015 | $0.00 | $0.00 | | | $2,144.60 | | $2,058.45 | $3,572.63 | $7,775.68 | |
| 2/8/2017 | $1,989.32 | PRE payment applied | | $1,989.32 | -$1,989.32 | $1,989.32 | | $2,144.60 | $497.04 | | $3,572.63 | $7,775.68 | |
| 3/6/2017 | | suspense | | $0.00 | $0.00 | | | $4,133.92 | | | $1,514.18 | $7,775.68 | |
| 3/8/2017 | $1,989.32 | Trustee pre payment | 11/1/2015 | $1,989.32 | -$1,989.32 | $1,989.32 | | $2,144.60 | | | $1,514.18 | $8,261.66 | |
| 3/8/2017 | | suspense | 12/1/2015 | $1,989.32 | -$1,989.32 | $1,989.32 | | $2,144.60 | | | $2,000.16 | $8,261.66 | |
| 3/9/2017 | | 9/1/2016 | | $0.00 | $0.00 | | | $155.28 | $485.98 | | $2,000.16 | $8,261.66 | |
| 4/4/2017 | | Trustee pre payment | | $0.00 | $0.00 | | $1,989.32 | $155.28 | | | $2,486.14 | $8,747.64 | |
| 4/10/2017 | $1,989.32 | suspense | 1/1/2016 | $1,989.32 | -$1,989.32 | $1,989.32 | | $2,144.60 | | | $2,486.14 | $8,747.64 | |
| 4/12/2017 | $1,989.32 | 10/1/2016 | | $1,989.32 | -$1,989.32 | $1,989.32 | | $155.28 | $485.98 | | $2,486.14 | $8,747.64 | |

| Date | Amount | Description | Date | Amount | Amount | Amount | Amount | Amount | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/5/2017 | $1,900.32 | suspense | | $1,900.32 | $1,900.32 | | $2,055.60 | | | $2,486.14 |
| 5/9/2017 | | Trustee payment | | $1,900.32 | $0.00 | | $2,055.60 | $485.98 | | $2,972.12 |
| 5/9/2017 | $1,989.32 | PRE payment applied | 2/4/2016 | $1,989.32 | -$1,989.32 | $1,989.32 | $2,055.60 | | $2,058.45 | $59,233.62 |
| 5/9/2017 | $1,989.32 | Trustee payment | 3/1/2016 | $1,989.32 | $0.00 | | $566.28 | | | $59,233.62 |
| 5/9/2017 | | Trustee payment | 4/1/2016 | $1,989.32 | $0.00 | | $566.28 | | | $59,233.62 |
| 7/11/2017 | $1,989.32 | Trustee payment | | | $0.00 | | $566.28 | | | $59,233.62 |
| 7/20/2017 | | Trustee payment | 5/1/2016 | $1,989.32 | $0.00 | | $566.28 | $485.98 | | $59,719.60 |
| 7/25/2017 | | Trustee payment | | | $0.00 | | $566.28 | $485.98 | | $10,205.58 |
| 7/25/2017 | $1,989.32 | Trustee payment | | | $0.00 | | $566.28 | $485.98 | | $10,205.58 |
| 8/7/2017 | | Trustee payment | 6/1/2016 | $1,989.32 | $0.00 | | $566.28 | | | $10,205.63 |
| 8/8/2017 | $1,989.32 | Trustee payment | | | $0.00 | | $566.28 | | | $10,691.56 |
| 9/14/2017 | | Trustee payment | 9/1/2017 | | $0.00 | | $566.28 | | | $11,177.54 |
| 9/15/2017 | | Repay corp advances | | | $0.00 | | $566.28 | | $165.00 | $11,177.54 |
| 9/28/2017 | $1,989.32 | Repay corp advances | | | $0.00 | | $566.28 | | $1,155.53 | $11,177.54 |
| 9/28/2017 | | Trustee payment | 7/1/2016 | | $0.00 | | $566.28 | $485.98 | | $11,177.06 |
| 10/20/2017 | | Trustee payment | | | $0.00 | | $566.28 | $11.02 | | $11,663.52 |
| 11/8/2017 | $3,980.00 | Trustee payment | | $3,980.00 | $3,980.00 | | $4,046.28 | | | $11,674.54 |
| 11/10/2017 | | suspense | 4/1/2017 | -$1,989.32 | -$1,989.32 | $1,989.32 | $2,055.96 | | | $11,674.54 |
| 11/13/2017 | | Trustee payment | 5/1/2017 | -$1,989.32 | -$1,989.32 | $1,989.32 | $567.64 | | | $11,674.54 |
| 11/13/2017 | | Trustee payment | | $0.00 | $0.00 | | $567.64 | $960.94 | | $11,674.54 |
| 12/26/2017 | | PRE payment applied | 9/1/2016 | $0.00 | $0.00 | | $567.64 | | | $12,635.48 |
| 12/26/2017 | | Trustee payment | | $0.00 | $0.00 | | $567.98 | | | $12,635.48 |
| 1/16/2018 | $1,998.32 | Trustee payment | 10/1/2016 | $0.00 | $59.00 | $59.00 | $674.98 | $29.30 | | $12,664.78 |
| 3/8/2018 | | Trustee payment | | $0.00 | $0.00 | | $574.64 | | | $13,315.43 |
| 3/8/2018 | | Trustee payment | | $0.00 | $0.00 | | $574.64 | $650.65 | | $13,966.08 |
| 4/9/2018 | | Trustee payment | | $0.00 | $0.00 | | $576.32 | $650.65 | | $13,966.08 |
| 4/23/2018 | $1,989.00 | Trustee payment | 7/1/2017 | -$0.32 | -$0.32 | $0.32 | $576.32 | | | $13,966.08 |
| 4/23/2018 | $1,998.32 | Trustee payment | 12/1/2016 | $59.00 | $59.00 | | $585.32 | | | $13,966.08 |
| 5/7/2018 | $1,998.72 | Trustee payment | 1/1/2017 | $59.40 | $59.40 | | $94.72 | | | $13,966.08 |
| 5/7/2018 | $1,998.72 | Trustee payment | 10/1/2017 | $59.40 | $59.40 | | $104.12 | | | $13,966.08 |
| 6/5/2018 | | Trustee payment | | $0.00 | $0.00 | | $104.12 | $643.50 | | $14,609.58 |
| 6/5/2018 | $1,989.32 | PRE payment applied | 3/1/2017 | $0.00 | $0.00 | | $104.12 | | | $14,609.58 |
| 7/5/2018 | $1,989.32 | Trustee payment | 4/1/2017 | $0.00 | $0.00 | | $104.12 | | | $14,609.58 |
| 7/16/2018 | $1,989.32 | Trustee payment | 5/1/2017 | $0.00 | $0.00 | | $104.12 | $630.46 | | $14,609.58 |
| 9/21/2018 | | Trustee payment | 6/1/2017 | $0.00 | $0.00 | | $104.12 | $630.46 | | $14,609.58 |
| 10/15/2018 | $1,998.32 | Trustee payment | | $0.00 | $0.00 | | $104.12 | $630.46 | | $14,609.58 |
| 11/6/2018 | | Trustee payment | | $0.00 | $0.00 | | $104.12 | $2,885.70 | | $17,495.28 |
| 11/27/2018 | $1,998.32 | Trustee payment | 2/1/2018 | $59.00 | $59.00 | | $113.12 | $485.98 | | $18,012.60 |
| 12/10/2018 | | Trustee payment | | $0.00 | $0.00 | | $113.12 | $31.34 | | $18,012.60 |
| 1/14/2019 | $1,998.32 | Trustee payment | 3/1/2018 | $59.00 | $59.00 | | $113.12 | | | $18,642.54 |
| 2/5/2019 | | Trustee payment | | $0.00 | $0.00 | | $113.12 | $629.94 | | $18,642.54 |
| 2/11/2019 | $1,998.32 | Trustee payment | 9/2/2017 | $59.00 | $59.00 | | $122.12 | $1,282.64 | | $19,925.18 |
| 3/8/2019 | | Trustee payment | | $0.00 | $0.00 | | $131.12 | | | $19,925.18 |
| 3/21/2019 | $1,998.32 | Trustee payment | 5/1/2018 | $0.00 | $0.00 | | $131.12 | $485.98 | | $20,411.16 |
| 4/2/2019 | | Trustee payment | 6/1/2018 | $51.00 | $51.00 | | $131.12 | | | $20,411.16 |
| 5/6/2019 | $1,990.32 | PRE payment applied | 7/1/2018 | $1.00 | $1.00 | | $132.12 | $42.81 | | $20,453.97 |
| 5/8/2019 | | Trustee payment | | $0.00 | $0.00 | | $132.12 | | | $20,453.97 |
| 6/7/2019 | $1,989.32 | Trustee payment | 8/1/2018 | $0.00 | $0.00 | | $132.12 | $645.29 | | $20,453.97 |
| 6/11/2019 | | Trustee payment | | $0.00 | $0.00 | | $132.12 | | | $21,099.26 |
| 7/1/2019 | $1,989.35 | Trustee payment | 9/1/2018 | $0.03 | $0.03 | | $132.15 | | | $21,099.26 |
| 7/9/2019 | | Trustee payment | | $0.00 | $0.00 | | $132.15 | $595.65 | | $21,694.91 |
| 8/5/2019 | $1,998.32 | Trustee payment | 9/1/2018 | $59.00 | $59.00 | | $141.15 | | | $21,694.91 |
| 8/14/2019 | | Trustee payment | 10/1/2018 | $0.00 | $0.00 | | $141.15 | $660.17 | | $22,355.08 |
| 9/4/2019 | $1,998.32 | Trustee payment | 11/1/2018 | $59.00 | $59.00 | | $141.15 | | | $22,355.08 |
| 9/4/2019 | | Trustee payment | | $0.00 | $0.00 | | $141.15 | $485.98 | | $22,841.06 |
| 10/2/2019 | | Trustee payment | 4/1/2018 | $0.00 | $0.00 | | $150.15 | | | $23,327.04 |
| 10/9/2019 | $1,989.32 | PRE payment applied | 5/1/2018 | $1,989.32 | $1,989.32 | $1,989.32 | $150.15 | | $1,989.32 | $23,327.04 |
| 10/9/2019 | | PRE payment applied | 6/1/2018 | $0.00 | $0.00 | | $150.15 | | $1,989.32 | $23,327.04 |
| 10/9/2019 | | PRE payment applied | 7/1/2018 | $0.00 | $0.00 | | $150.15 | | $1,989.32 | $23,327.04 |
| 11/7/2019 | $1,989.32 | Trustee payment | 8/2/2018 | $0.00 | $0.00 | | $150.15 | $485.98 | | $23,813.02 |
| 12/13/2019 | | Trustee payment | | $0.00 | $0.00 | | $150.15 | | | $24,299.00 |
| 12/12/2019 | $1,989.32 | Trustee payment | 1/1/2019 | $0.01 | $0.01 | | $150.16 | | | $24,299.00 |
| 1/24/2020 | $1,989.33 | Trustee payment | 1/1/2019 | $0.01 | $0.01 | | $150.16 | | | $24,299.00 |
| 1/24/2020 | | Trustee payment | | $0.00 | $0.00 | | $150.16 | $485.98 | | $24,784.98 |
| 1/24/2020 | | PRE payment applied | 9/1/2018 | $0.00 | $0.00 | | $150.16 | | $1,989.32 | $24,784.98 |
| 2/5/2020 | | Trustee payment | 11/1/2019 | $0.00 | $0.00 | | $150.16 | $485.98 | | $25,270.96 |
| 2/28/2020 | $1,989.32 | suspense | | $1,989.32 | $1,989.32 | $1,989.32 | $2,139.48 | | | $25,270.96 |
| 3/17/2020 | | Trustee payment | | $0.00 | $0.00 | | $2,139.48 | $485.98 | | $25,756.94 |
| 3/20/2020 | $1,989.32 | Trustee payment | 12/1/2018 | $2,388.00 | -$398.88 | $988.88 | $1,740.60 | | | $25,756.94 |
| 4/7/2020 | $2,027.42 | Trustee payment | 1/1/2019 | $2,388.20 | -$360.78 | $360.78 | $1,379.82 | | | $25,756.94 |

| Date | Amount | Description | Date | | | | | | | | Balance | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/22/2020 | | Trustee pre payment | 2/1/2019 | | $0.00 | | | $1,379.82 | $485.98 | | $4,306.52 | $26,242.92 |
| 4/22/2020 | | PRE payment applied | 2/1/2019 | | $0.00 | | | $1,379.82 | | $1,989.32 | $2,317.20 | $26,242.92 |
| 4/22/2020 | | PRE payment applied | 3/1/2019 | | $0.00 | | | $1,379.82 | | $2,388.20 | -$71.00 | $26,242.92 |
| 5/12/2020 | | Trustee pre payment | | | $0.00 | | | $1,379.82 | $485.98 | | $414.98 | $26,728.90 |
| 5/26/2020 | $2,158.38 | suspense | | | $2,158.38 | 2158.38 | | $3,538.20 | | | $414.98 | $26,728.90 |
| 6/4/2020 | | Trustee pre payment | | | $0.00 | | | $3,538.20 | $485.98 | | $900.96 | $27,214.88 |
| 6/23/2020 | | | 4/1/2019 | $2,388.20 | -$2,388.20 | | $2,388.20 | $1,150.00 | | | $900.96 | $27,214.88 |
| 7/7/2020 | | Trustee pre payment | | | $0.00 | | | $1,150.00 | $485.98 | | $1,386.94 | $27,700.86 |
| 7/20/2020 | $2,158.20 | | 5/1/2019 | $2,388.20 | -$230.00 | | $230.00 | $920.00 | | | $1,386.94 | $27,700.86 |
| 8/9/2020 | | Trustee pre payment | 6/1/2019 | | $0.00 | | | $920.00 | $485.98 | | $1,872.92 | $28,186.84 |
| 8/27/2020 | $2,158.20 | Trustee pre payment | 7/1/2019 | $2,388.20 | -$230.00 | | | $920.00 | | | $1,872.92 | $28,186.84 |
| 9/9/2020 | | Trustee pre payment | | | $0.00 | | | $920.00 | $485.98 | | $2,358.90 | $28,672.82 |
| 10/15/2020 | | Trustee pre payment | | | $0.00 | | | $920.00 | $485.87 | | $2,844.77 | $29,158.69 |
| 11/9/2020 | $2,158.20 | | 8/1/2019 | $2,388.20 | -$230.00 | | $230.00 | $690.00 | | | $2,844.77 | $29,158.69 |
| 11/27/2020 | $2,158.20 | | 9/1/2019 | $2,388.20 | -$230.00 | | $230.00 | $460.00 | | | $2,844.77 | $29,158.69 |
| 12/1/2020 | $4,316.40 | | 9/1/2019 | $2,388.20 | $1,928.20 | 1928.2 | | $2,388.20 | | | $2,844.77 | $29,158.69 |
| 12/12/2020 | | | 10/1/2019 | $2,388.20 | -$2,388.20 | | $2,388.20 | $0.00 | | | $2,844.77 | $29,158.69 |
| 12/12/2020 | | PRE payment applied | 11/1/2019 | | $0.00 | | | $0.00 | | $2,388.20 | $456.57 | $29,158.69 |

| Date Posted | Effective Date | Paid to Date | Transaction Code | Transaction Description | Fee Description | Transaction | Principal | Interest | Escrow | Fees | Late Charges | Unapplied | Optional Products | Teller Number | UPB After Transaction | Esc Bal After Transaction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/6/2017 | 2/1/2016 | | AA | ADMINISTRATIVE ADJUSTMENTS | | 0.22 | | | -902.71 | | | | | 3356 | 240092.51 | -902.71 |
| 6/13/2017 | 2/1/2016 | | SR | SINGLE ITEM RECEIPT | | 0.22 | | | 0.22 | | | | | 3268 | 240092.51 | -902.49 |
| 7/7/2017 | 7/20/2016 | 6/13/2016 | RP | REGULAR PAYMENT | | -1278.25 | | 1378.25 | | | | | | 3287 | 238788.25 | -902.49 |
| 7/11/2017 | 6/12/2017 | 7/20/2016 | AP | REGULAR PAYMENT DISBURSEMENT | | 2058.45 | 118.22 | 1375.53 | 564.7 | | | | | 3268 | 239974.29 | -1616.04 |
| 7/20/2017 | 7/20/2017 | 4/1/2016 | AP | AUTOPOST | | 2058.45 | 118.9 | 1374.85 | 564.7 | | | | | 98 | 239855.39 | -1051.34 |
| 7/25/2017 | 7/17/2017 | 5/1/2016 | RP | REGULAR PAYMENT | | 2058.45 | 119.58 | 1374.17 | 564.7 | | | | | 3401 | 239735.81 | -486.64 |
| 7/27/2017 | 7/17/2017 | 4/1/2016 | RP | REGULAR PAYMENT | | -2058.45 | -118.9 | -1374.85 | -564.7 | | | | | 3071 | 239855.39 | -1051.34 |
| 7/27/2017 | 7/20/2017 | 5/1/2016 | PRD | PAYMENT REVERSAL | | -2058.45 | -118.9 | -1374.85 | -564.7 | | | | | 3071 | 239855.39 | -1616.04 |
| 7/27/2017 | 4/1/2016 | | PRD | PAYMENT REVERSAL | | -2058.45 | -119.58 | -1374.17 | -564.7 | | | | | 3071 | 239855.39 | -1051.34 |
| 8/7/2017 | 8/7/2017 | 5/1/2016 | RP | REGULAR PAYMENT | | 2058.45 | 119.58 | 1374.17 | 564.7 | | | | | 3414 | 239735.81 | -486.64 |
| 9/15/2017 | 9/15/2017 | 6/1/2016 | RP | REGULAR PAYMENT | | 2058.45 | 120.26 | 1373.49 | 564.7 | | | | | 3414 | 239615.55 | 78.06 |
| 9/30/2017 | 6/1/2016 | | EI | INTEREST ON ESCROW | | 0.07 | | | 0.07 | | | | | 3046 | 239615.55 | 78.13 |
| 10/10/2017 | 6/1/2016 | | E91 | EN MASSE ESCROW DISBURSEMENT | | -1278.25 | | | -1278.25 | | | | | 32687 | 239615.55 | -1200.12 |
| 10/31/2017 | | | AA | ADMINISTRATIVE ADJUSTMENTS | | | | | | | | -1989.32 | | 3456 | 239615.55 | -1200.12 |
| 10/31/2017 | | | AA | ADMINISTRATIVE ADJUSTMENTS | | | | | | | | -2058.45 | | 3456 | 239615.55 | -1200.12 |
| 10/31/2017 | 11/10/2017 | 6/1/2016 | PA | PAYMENT POSTED ON POST/ALLOCATE | | | 121.65 | 1372.1 | 564.7 | | | | | 3414 | 239615.55 | -139.85 |
| 11/13/2017 | 11/10/2017 | 7/1/2016 | PA | PAYMENT POSTED ON POST/ALLOCATE | | | 120.95 | 1372.8 | 564.7 | | | | | 3414 | 239494.6 | -635.42 |
| 12/26/2017 | 12/12/2017 | 9/1/2016 | RP | REGULAR PAYMENT | | 1989.32 | 122.34 | 1371.41 | 495.57 | | | | | 3414 | 239250.61 | 355.72 |
| 12/30/2017 | 9/1/2016 | | EI | INTEREST ON ESCROW | | 0.43 | | | 0.43 | | | | | 32046 | 239250.61 | 356.15 |
| 1/12/2018 | 9/1/2016 | | E91 | EN MASSE ESCROW DISBURSEMENT | | -2207.44 | | | -2207.44 | | | | | 32687 | 239250.61 | -1851.29 |
| 2/7/2018 | 9/2/2016 | | E20 | EN MASSE ESCROW DISBURSEMENT | | -1083 | | | -1083 | | | | | 32022 | 239250.61 | -2934.29 |
| 3/9/2018 | 3/9/2018 | 9/2/2016 | EI | INTEREST ON ESCROW | | 1989.32 | 123.04 | 1370.71 | 495.57 | | | | | 3485 | 239250.61 | -2934.29 |
| 3/31/2018 | 10/1/2016 | | EI | INTEREST ON ESCROW | | 0.22 | | | 0.22 | | | | | 3046 | 239127.57 | -2438.5 |
| 4/9/2018 | 10/1/2016 | | E91 | EN MASSE ESCROW DISBURSEMENT | | -2207.44 | | | -2207.44 | | | | | 32687 | 239127.57 | -4646.94 |
| 4/23/2018 | 12/1/2016 | 10/1/2016 | RP | REGULAR PAYMENT | | 1989.32 | 124.46 | 1369.29 | 495.57 | | | | | 3472 | 238879.36 | -3654.8 |
| 4/23/2018 | 11/1/2016 | | E91 | EN MASSE ESCROW DISBURSEMENT | | 1989.32 | 123.75 | 1370 | 495.57 | | | | | 3472 | 239003.82 | -4150.37 |
| 4/23/2018 | 12/1/2016 | 11/1/2016 | RP | REGULAR PAYMENT | | 1989.32 | 125.89 | 1367.86 | 495.57 | | | | | 3414 | 238628.3 | -2663.66 |
| 5/7/2018 | 12/1/2016 | | RP | REGULAR PAYMENT | | 1989.32 | 125.17 | 1368.58 | 495.57 | | | | | 3414 | 238756.5 | -3159.23 |
| 5/7/2018 | 1/1/2017 | | RP | REGULAR PAYMENT | | 1989.32 | 126.61 | 1367.14 | 495.57 | | | | | 3472 | 238501.69 | -2168.09 |
| 6/5/2018 | 2/1/2017 | | RP | REGULAR PAYMENT | | 1989.32 | 128.06 | 1365.69 | 495.57 | | | | | 3414 | 238246.3 | -1176.95 |
| 7/16/2018 | 2/1/2017 | | RP | REGULAR PAYMENT | | 1989.32 | 127.33 | 1366.42 | 495.57 | | | | | 3414 | 238374.36 | -1672.52 |
| 7/16/2018 | 2/1/2017 | | M91 | MANUAL DISBURSEMENT FOR ESCROW | | -1330.01 | | | -1330.01 | | | | | 32687 | 238246.3 | -2506.96 |
| 7/17/2018 | 3/1/2017 | | E20 | EN MASSE ESCROW DISBURSEMENT | | 1989.32 | 128.8 | 1364.95 | 495.57 | | | | | 3414 | 238117.5 | -2011.39 |
| 9/12/2018 | 3/1/2017 | | RP | REGULAR PAYMENT | | 1989.32 | 129.54 | 1364.21 | 495.57 | | | | | 3414 | 237987.96 | -1515.82 |
| 9/13/2018 | 4/1/2017 | | RP | REGULAR PAYMENT | | -1330.01 | | | -1330.01 | | | | | 32687 | 237987.96 | -2845.83 |
| 10/15/2018 | 5/1/2017 | | RP | REGULAR PAYMENT | | 1989.32 | 131.02 | 1362.73 | 495.57 | | | | | 3401 | 237726.66 | -1854.69 |
| 10/24/2018 | 5/1/2017 | | PRL | PAYMENT REVERSAL | | 1989.32 | 130.28 | 1363.47 | 495.57 | | | | | 3401 | 237857.68 | -2350.26 |
| 12/20/2018 | 6/1/2017 | | RP | REGULAR PAYMENT | | 1989.32 | 131.77 | 1361.98 | 495.57 | | | | | 3268 | 237594.89 | -1359.12 |
| 12/20/2018 | 6/2/2017 | | E91 | EN MASSE ESCROW DISBURSEMENT | | -2202.19 | | | -2202.19 | | | | | 3436 | 237594.89 | -3561.31 |
| 12/27/2018 | 7/1/2017 | | RP | REGULAR PAYMENT | | -1111 | | | -1111 | | | | | 32022 | 237594.89 | -4672.31 |
| 1/24/2019 | 8/1/2017 | | RP | REGULAR PAYMENT | | 1989.32 | 132.53 | 1361.22 | 495.57 | | | | | 3305 | 237326.07 | -4170.74 |
| 1/16/2019 | 10/1/2017 | | RP | REGULAR PAYMENT | | 1989.32 | 133.29 | 1360.46 | 495.57 | | | | | 3309 | 237326.07 | -3681.17 |
| 2/11/2019 | 12/1/2017 | | EI | INTEREST ON ESCROW | | -222.09 | | | -222.09 | | | | | 3305 | 237195.02 | -1358.84 |
| 3/7/2019 | 12/1/2017 | | E20 | EN MASSE ESCROW DISBURSEMENT | | 2544.42 | | | 2544.42 | | | | | 3459 | 237329.07 | -1136.75 |
| 3/12/2019 | 1/1/2018 | | RP | REGULAR PAYMENT | | 1989.32 | 134.05 | 1359.7 | 495.57 | | | | | 3551 | 237195.02 | -863.27 |
| 3/21/2019 | 2/11/2018 | | RP | REGULAR PAYMENT | | 1989.32 | 134.82 | 1358.93 | 495.57 | | | | | 3268 | 237065.2 | -367.7 |
| 5/6/2019 | 3/7/2018 | | RP | REGULAR PAYMENT | | 1989.32 | 135.59 | 1358.16 | 495.57 | | | | | 3309 | 237065.2 | 127.87 |
| 6/7/2019 | | | R91 | RECEIPT FOR ESCROW TYPE 91 | | -1989.32 | -135.59 | -1358.16 | -495.57 | | | | | 3551 | 237060.2 | -367.7 |
| 6/14/2019 | 2/1/2018 | | RP | REGULAR PAYMENT | | 1989.32 | 136.37 | 1357.38 | 495.57 | | | | | 32687 | 236924.61 | 127.87 |
| 7/1/2019 | 3/1/2018 | | RP | REGULAR PAYMENT | | -1404.98 | | | -1404.98 | | | | | 3309 | 236924.61 | -1277.11 |
| 7/10/2019 | 3/1/2018 | | E91 | EN MASSE ESCROW DISBURSEMENT | | 1989.32 | 137.15 | 1356.6 | 495.57 | | | | | 3645 | 236788.24 | -781.54 |
| 8/5/2019 | 4/1/2018 | | RP | REGULAR PAYMENT | | 1989.32 | 137.94 | 1355.81 | 495.57 | | | | | 3268 | 236651.09 | -285.97 |
| 8/14/2019 | 5/1/2018 | | RP | REGULAR PAYMENT | | 1989.32 | 138.73 | 1355.02 | 495.57 | | | | | 3630 | 236513.15 | 209.6 |
| 9/4/2019 | 6/1/2018 | | EI | INTEREST ON ESCROW | | 0.37 | | | 0.37 | | | | | 32046 | 236513.15 | 209.97 |
| 9/30/2019 | 6/1/2018 | | E91 | EN MASSE ESCROW DISBURSEMENT | | -1404.97 | | | -1404.97 | | | | | 32687 | 236513.15 | -1195 |
| 10/9/2019 | 7/1/2018 | | RP | REGULAR PAYMENT | | 1989.32 | 139.52 | 1354.23 | 495.57 | | | | | 3268 | 236374.42 | -699.43 |
| 10/7/2019 | 8/1/2018 | | RP | REGULAR PAYMENT | | 1989.32 | 139.52 | 1354.23 | 495.57 | | | | | 3309 | 236234.9 | -203.86 |
| 11/4/2019 | 11/27/2018 | | RP | REGULAR PAYMENT | | 1989.32 | 140.32 | 1353.43 | 495.57 | | 83.16 | | | 3651 | 236094.58 | 291.71 |
| 11/27/2019 | 7/1/2018 | | PT | REAPPLICATION OF PAYMENTS DUE TO INVESTOR TRANSFER | | 1868.62 | 139.52 | 1354.23 | | | | | | 3305 | 236234.9 | 291.71 |
| 11/19/2019 | 7/1/2018 | | RT | PAYMENT REVERSAL DUE TO INVESTOR TRANSFER | | -1868.62 | -140.32 | -1353.43 | -291.71 | | -83.16 | | | 3305 | 236234.9 | -291.71 |
| 12/12/2019 | 10/1/2018 | | RP | REGULAR PAYMENT | | 1989.32 | 141.12 | 1352.63 | 495.57 | | | | | 3309 | 235953.46 | 787.28 |
| 12/31/2019 | 10/1/2018 | | EI | INTEREST ON ESCROW | | 1.44 | | 1.44 | | | | | | 32046 | 235953.46 | 788.72 |
| 1/13/2020 | 11/1/2018 | | E91 | EN MASSE ESCROW DISBURSEMENT | | -1833.52 | | | -1833.52 | | | | | 32687 | 235811.53 | -549.23 |



| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/13/2020 | 1/13/2020 | 11/1/2018 | RP | REGULAR PAYMENT | 1989.32 | 141.93 | 1351.82 | 495.57 | | 3630 | 235811.53 | 1284.29 |
| 1/27/2020 | | 11/1/2018 | E20 | EN MASSE ESCROW DISBURSEMENT | -1130 | | | -1130 | | 32022 | 235811.53 | -1679.23 |
| 2/18/2020 | 2/18/2020 | 12/1/2018 | RP | REGULAR PAYMENT | 1989.32 | 142.75 | 1351 | 495.57 | | 3309 | 235668.78 | -1183.66 |
| 3/10/2020 | 3/10/2020 | 12/1/2018 | R91 | RECEIPT FOR ESCROW TYPE 91 | 4411.22 | | | 4411.22 | | 3459 | 235668.78 | 3227.56 |
| 3/20/2020 | 3/20/2020 | 1/1/2019 | RP | REGULAR PAYMENT | 1989.32 | 143.56 | 1350.19 | 495.57 | | 3663 | 235525.22 | 3723.13 |
| 3/31/2020 | | 1/1/2019 | EI | INTEREST ON ESCROW | 4.74 | | | 4.74 | | 32046 | 235525.22 | 3727.87 |
| 4/7/2020 | 4/7/2020 | 2/1/2019 | RP | REGULAR PAYMENT | 1989.32 | 144.39 | 1349.36 | 495.57 | | 3663 | 235380.83 | 4233.44 |
| 4/22/2020 | 4/21/2020 | 3/1/2019 | RP | REGULAR PAYMENT | 2388.2 | 145.21 | 1348.54 | 894.45 | | 3630 | 235235.62 | 5117.89 |
| 6/23/2020 | 6/23/2020 | 4/1/2019 | RP | REGULAR PAYMENT | 2388.2 | 146.05 | 1347.7 | 894.45 | | 3663 | 235089.57 | 6012.34 |
| 6/30/2020 | | 4/1/2019 | EI | INTEREST ON ESCROW | 24.77 | | | 24.77 | | 32046 | 235089.57 | 6037.11 |
| 7/1/2020 | | 4/1/2019 | M91 | MANUAL DISBURSEMENT FOR ESCROW | -1540.7 | | | -1540.7 | | 3216 | 235089.57 | 4496.41 |
| 7/20/2020 | 7/20/2020 | 5/1/2019 | RP | REGULAR PAYMENT | 2388.2 | 146.88 | 1346.87 | 894.45 | | 3656 | 234942.69 | 5390.86 |
| 8/27/2020 | 8/27/2020 | 6/1/2019 | RP | REGULAR PAYMENT | 2388.2 | 147.72 | 1346.03 | 894.45 | | 3656 | 234794.97 | 6285.31 |
| 9/9/20 | 9/9/2020 | 7/1/2019 | RP | REGULAR PAYMENT | 2388.2 | 148.57 | 1345.18 | 894.45 | | 3669 | 234646.4 | 7179.76 |
| 9/30/2020 | | 7/1/2019 | EI | INTEREST ON ESCROW | 29.04 | | | 29.04 | | 32046 | 234646.4 | 7208.8 |
| 10/6/2020 | | 7/1/2019 | M91 | MANUAL DISBURSEMENT FOR ESCROW | -1540.7 | | | -1540.7 | | 3692 | 234646.4 | 5668.1 |
| 11/9/2020 | 11/9/2020 | 8/1/2019 | RP | REGULAR PAYMENT | 2388.2 | 149.42 | 1344.33 | 894.45 | | 3669 | 234496.98 | 6562.55 |
| 11/27/2020 | 11/27/2020 | 9/1/2019 | RP | REGULAR PAYMENT | 2388.2 | 150.28 | 1343.47 | 894.45 | | 3656 | 234346.7 | 7457 |
| 12/1/2020 | 11/30/2020 | 10/1/2020 | RP | REGULAR PAYMENT | 2388.2 | 151.14 | 1342.61 | 894.45 | | 3656 | 234195.56 | 8351.45 |
| 12/1/2020 | 11/30/2020 | 11/1/2019 | RP | REGULAR PAYMENT | 2388.2 | 152 | 1341.75 | 894.45 | | 3656 | 234043.56 | 9245.9 |



314 S Franklin St / Second Floor
PO Box 517
Titusville PA 16354
800-327-7861
814-260-4159 Fax
www.bsifinancial.com


KEVIN C MANSFIELD                          YOUR LOAN NUMBER: ████████
CROSSLEY LAW OFFICES, LLC
10 ELIOT ST
NATICK              MA 01760
                                           DATE: 10/07/20


*** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING    12/20 THROUGH    11/21.
------- ANTICIPATED PAYMENTS FROM ESCROW -    12/20 THROUGH    11/21 -------
                HOMEOWNERS INS                  1130.00
                TOWN                            6845.66

          TOTAL PAYMENTS FROM ESCROW           7975.66

          MONTHLY PAYMENT TO ESCROW        664.63 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY -    12/20 THROUGH    11/21--------
        -ANTICIPATED PAYMENTS-                -- ESCROW BALANCE COMPARISON --

| MONTH | TO ESCROW | FROM ESCROW | DESCRIPTION | | ANTICIPATED | | REQUIRED |
|-------|-----------|-------------|-------------|-----|-------------|-----|----------|
| | | | ACTUAL STARTING BALANCE | | 18230.28 | | 2667.56 |
| DEC 20 | 664.63 | | | | 18894.91 | | 3332.19 |
| JAN 21 | 664.63 | | | | 19559.54 | | 3996.82 |
| FEB 21 | 664.63 | 1130.00 | HOMEOWNERS INS | | | | |
| | | 2202.19 | TOWN | ALP | 16891.98 | RLP | 1329.26 |
| MAR 21 | 664.63 | | | | 17556.61 | | 1993.89 |
| APR 21 | 664.63 | | | | 18221.24 | | 2658.52 |
| MAY 21 | 664.63 | 1404.98 | TOWN | | 17480.89 | | 1918.17 |
| JUN 21 | 664.63 | | | | 18145.52 | | 2582.80 |
| JUL 21 | 664.63 | | | | 18810.15 | | 3247.43 |
| AUG 21 | 664.63 | 1404.97 | TOWN | | 18069.81 | | 2507.09 |
| SEP 21 | 664.63 | | | | 18734.44 | | 3171.72 |
| OCT 21 | 664.63 | | | | 19399.07 | | 3836.35 |
| NOV 21 | 664.63 | 1833.52 | TOWN | | 18230.18 | | 2667.46 |

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE

(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS          0.00.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS       15562.72.

```
----------------- CALCULATION OF YOUR NEW PAYMENT AMOUNT -----------------
          PRINCIPAL & INTEREST                          1493.75
          ESCROW (1/12TH OF ANNUAL ANTICIPATED           664.63
             DISBURSEMENTS AS COMPUTED ABOVE)
          PLUS: OPTIONAL INSURANCE PREMIUMS                 0.00
          PLUS: REPLACEMENT RESERVE OR FHA SVC CHG          0.00
          PLUS: SHORTAGE PAYMENT                           0.00
          MINUS: SURPLUS CREDIT                            0.00
          ROUNDING ADJUSTMENT                              0.00
          MINUS: BUYDOWN/ASSISTANCE PAYMENTS               0.00
```

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 12/01/20     2158.38
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS     1329.26.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS     1329.26.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
08/19      894.45      09/19      894.45      10/19      10773.28   *
```
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
00/00      0.00                    00/00      0.00
00/00      0.00                    00/00      0.00
```

Licensed as Servis One, Inc. dba BSI Financial Services.

BSI Financial Services NMLS # 38078.  Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a
discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that
obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand
for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such
bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

**CUST/FEES - DETAIL**                    603      12/11/2020 2:38:33 PM ET      PFSP245

Account ▮▮▮▮▮ Namekey      MANSFIELD KC546    Total Amort Fee Payment          0.00

Type   40      Description EXPENSE ADVANCES        Total Fee Type Receivable -5648.00

| Assess Date | Fee Amt | Last Act | Remain Bal | AMORT FEE | PD-TO-DT | Exp Cd | Invoice # | Org |
|---|---|---|---|---|---|---|---|---|
| 10/29/18 | -1,128.00 | 00/00/00 | -1,128.00 | | | 100 | ZZ0240929534679 | |
| 02/19/19 | -39.00 | 00/00/00 | -39.00 | | | 100 | ZZ0247710462931 | |
| 03/19/19 | -195.00 | 00/00/00 | -195.00 | | | 100 | ZZ0249374740903 | |
| 11/27/19 | -284.00 | 00/00/00 | -284.00 | | | 100 | ZZ0263937065650 | |
| 01/17/20 | -273.00 | 00/00/00 | -273.00 | | | 100 | ZZ0266962134964 | |
| 04/10/20 | -13.50 | 00/00/00 | -13.50 | | | 505 | ZZ0270947166880 | |
| 04/10/20 | -225.50 | 00/00/00 | -225.50 | | | 100 | ZZ0270750328880 | |
| 05/15/20 | -1,231.00 | 00/00/00 | -1,231.00 | | | 100 | ZZ0270982608845 | |
| 06/01/20 | -1,152.50 | 00/00/00 | -1,152.50 | | | 100 | ZZ0272869211828 | |
| 06/11/20 | -13.50 | 00/00/00 | -13.50 | | | 505 | ZZ0273808545818 | |
| 06/29/20 | -266.50 | 00/00/00 | -266.50 | | | 100 | ZZ0274626398800 | |
| 07/07/20 | -13.50 | 00/00/00 | -13.50 | | | 505 | ZZ0275168945792 | |
| 08/04/20 | -369.00 | 00/00/00 | -369.00 | | | 100 | ZZ0276458965764 | |
| 09/03/20 | -143.50 | 00/00/00 | -143.50 | | | 100 | ZZ0276867864734 | |

Message:                               OK                    MORE...

**CUST/FEES - DETAIL**                603      12/11/2020 2:38:50 PM ET      PFSP245

Account▮▮▮▮▮▮Namekey      MANSFIELD KC546    Total Amort Fee Payment      0.00

Type   40      Description EXPENSE ADVANCES         Total Fee Type Receivable -5648.00

| Assess Date | Fee Amt | Last Act | Remain Bal | AMORT FEE | PD-TO-DT | Exp Cd | Invoice # | Org |
|---|---|---|---|---|---|---|---|---|
| 10/01/20 | -143.50 | 00/00/00 | -143.50 | | | 100 | ZZ0278692953706 | |
| 10/01/20 | -20.50 | 00/00/00 | -20.50 | | | 100 | ZZ0278693130706 | |
| 11/24/20 | -13.50 | 00/00/00 | -13.50 | | | 506 | ZZ0281339898652 | |
| 12/03/20 | -123.00 | 00/00/00 | -123.00 | | | 100 | ZZ0281918386643 | |
| | | | | | | 0 | | |
| | | | | | | 0 | | |
| | | | | | | 0 | | |
| | | | | | | 0 | | |
| | | | | | | 0 | | |
| | | | | | | 0 | | |
| | | | | | | 0 | | |
| | | | | | | 0 | | |
| | | | | | | 0 | | |
| | | | | | | 0 | | |

Message:                                    OK                        BOTTOM

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>KEVIN MANSFIELD and<br>MARIE MANSFIELD,<br><br>      Debtor(s). | Chapter 13<br>Case No. 15-41644-CJP |

## CERTIFICATE OF SERVICE

I, Derek A. Castello, Esq. of the law firm of Demerle Hoeger LLP, hereby certify

that I have this 11th day of December, 2020 served on behalf of U.S. Bank Trust National

Association, as Trustee of the Igloo Series II Trust, as serviced by BSI Financial Services

a Response to Notice of Final Cure and this Certificate of Service by causing copies

hereof to be sent to all parties entitled to service per the Federal Rules of Bankruptcy

Procedure by electronic mail via the Case Management / Electronic Case Files (ECF)

system and by first-class mail (M) to all parties not appearing electronically.

| | |
|---|---|
| Marie Mansfield,<br>Estate of Kevin Mansfield<br>45 Hillside Road<br>Tewksbury, MA 01876 (M) | David C. Crossley, Esq.<br>Crossley Law Offices, LLC<br>448 Concord Street<br>Framingham, MA 01702 (ECF) |
| Richard King, Esq.<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>446 Main Street, 14th Floor<br>Worcester, MA 01608 (ECF) | Denise M. Pappalardo, Esq.<br>Chapter 13 Trustee<br>P. O. Box 16607<br>Worcester, MA 01601 (ECF) |

*/s/ Derek A. Castello*
Derek A. Castello, Esq.